UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**MICHAEL A.,**

    **Plaintiff,**

    v.                                                 **Civ. No. 25-372 GJF**

**FRANK BISIGNANO, Commissioner
Of the Social Security Administration,**

    **Defendants.**

**MEMORANDUM OPINION AND ORDER**

This case is before the Court on Plaintiff's Unopposed Motion to Amend Caption to Use Initials for Privacy Protection [Dkt. No. 21].

Plaintiff asks the Court to direct the Clerk of Court to replace his full name on the docket with his initials, M.A. Plaintiff also asks that all future filings identify him by his initials only. As grounds for the motion, Plaintiff asserts that his claim for "Social Security benefits involves sensitive medical information." In support of the motion, Plaintiff relies upon Fed. R. Civ. P. 5.2. That rule limits remote access to electronic files in Social Security cases by non-parties. Rule 5.2(c)(2). A non-party may have electronic access to the full record at the courthouse, but may have remote electronic access only to the docket and any "opinion, order, judgment, or other disposition." *Id*. In the District of New Mexico, it has long been the practice to adhere to Rule 5.2(c) by restricting remote access to the record by non-parties. Although any opinion, order, judgment, or other disposition of the Court must be public record, the Court protects the privacy of Social Security Plaintiffs by using their first names and last initials on the caption and in the body of the document.

Plaintiff's motion is based upon his desire to protect his sensitive medical information. While that is an understandable goal, Plaintiff has not explained why the procedures to protect his information currently in place are not sufficient.

Accordingly, Plaintiff's Unopposed Motion to Amend Caption to Use Initials for Privacy Protection [Dkt. No. 21] is **DENIED**.

**SO ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**
*Presiding by Consent*