**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MICHAEL A.,

Plaintiff,

v. Civ. No. 25-372 MIS/GJF

FRANK BISIGNANO, *Commissioner of the Social Security Administration*,

Defendant.

**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

THIS MATTER is before the Court on United States Magistrate Judge Gregory J. Fouratt's Proposed Findings and Recommended Disposition ("PFRD") on Plaintiff's Motion to Reverse and Remand ("Motion"), which recommends the Court **DENY** the Motion and **DISMISS** the case with prejudice. ECF No. 24. The PFRD notified the parties of their ability to file objections within fourteen days (in this case, no later than September 1, 2026). Having reviewed the PFRD and noting that the parties filed no objections to it by the deadline, the Court concurs with the PFRD.[1]

**IT IS THEREFORE ORDERED** that (1) the PFRD (ECF No. 24) is **ADOPTED**; (2) Plaintiff's Motion to Reverse and Remand (ECF. No. 16) is **DENIED**; (3) the Commissioner's decision is **AFFIRMED**; and (4) the case is **DISMISSED WITH PREJUDICE**.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

[1] "A party's objections to [a PFRD] must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review." U.S. v. One Parcel of Real Prop., 73 F.3d 1057, 1060 (10th Cir. 1996). The parties' failure to timely object to the PFRD thus waives appellate review of both factual and legal questions. In re Key Energy Res. Inc., 230 F.3d 1197, 1199–1200 (10th Cir. 2000); One Parcel of Real Prop., 73 F.3d at 1059.